Geoffrey C. Lyon (SBN: 132747)
*glyon@lyonlawyer.com*
LYON LAW PC
10960 Wilshire Blvd Ste 820
Los Angeles CA 90024-3702
Tel: 310-818-7700; Fax: 424-832-7405

Attorney for Plaintiff,
VERONICA MARQUEZ

Kenneth M. Jones, Esq. SBN: 140358
Email: kjones@martin-martinllp.com
JoAnn Victor, Esq. SBN: 121891
Email: jvictor@martin-martinllp.com
MARTIN & MARTIN, LLP
3530 Wilshire Boulevard, Suite 1650
Los Angeles, California 90010
Tel: (213) 388-4747
Fax: (213) 388-6655

Attorneys for Defendants
WAL-MART ASSOCIATES, INC. and
KATHERINE WHATLEY

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| VERONICA MARQUEZ,<br><br>                    Plaintiff,<br><br>    v.<br><br>WAL-MART ASSOCIATES, INC. and KATHERINE WHATLEY and DOES 1 TO 20 inclusive,<br><br>                    Defendants. | CASE NO.: 2:16-cv-03211 RGK(AJw)<br><br>**[PROPOSED] ORDER ON JOINT STIPULATION RE: DISMISSAL OF THE ENTIRE CASE WITH PREJUDICE**<br><br>Judge: Hon. R. Gary Klausner<br><br>Complaint Filed:  March 29, 2016<br>Trial Date:            June 6, 2017 |

\* \* \* \*

-1-

**PROPOSED ORDER**

The Court, having read and considered the Joint Stipulation Re: Dismissal of the Entire Case with Prejudice, and finding good cause, hereby orders as follows:

1. The case is dismissed in its entirety, with prejudice.

IT IS SO ORDERED.

DATED: April 19, 2017

*Gary Klausner*
_____
HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE FOR
THE CENTRAL DISTRICT OF
CALIFORNIA